# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. GEM AND JEWELRY DESIGN, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHARMING CHARLIE, LLC, et al., <br><br> Defendants. | Case No. CV 16-8717 FMO (KSx) <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Pursuant to the Magistrate Judge's Order of October 22, 2018, indicating that the above-captioned action has been settled, IT IS ORDERED that the instant action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within **30 days from the filing date of this Order,** to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. Dated this 23rd day of October, 2018.

/s/
Fernando M. Olguin
United States District Judge