# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. GEM & JEWELRY DESIGN, INC., | Case No. CV 16-8717 FMO (KSx) |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| CHARMING CHARLIE LLC, et al., | |
| Defendants. | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed with prejudice**.

Dated this 11 day of February, 2019.

/s/
Fernando M. Olguin
United States District Judge